1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  AIDS HEALTHCARE FOUNDATION,        )   NO. CV 03-06073 SJO (FMOx)
                                       )   NO. CV 03-08266 SJO (FMOx)
12                  Plaintiff,         )
                                       )   CONSOLIDATED
13          v.                         )
                                       )   **JUDGMENT**
14  MICHAEL LEAVITT, et al.,           )
                                       )
15                  Defendants.        )
                                       )
16  ─────────────────────────         )
    AIDS HEALTHCARE FOUNDATION,        )
17                                     )
                    Plaintiff,         )
18                                     )
            v.                         )
19                                     )
    UNITED STATES HEALTH RESOURCES)
20  AND SERVICES ADMINISTRATION, et    )
    al.,                               )
21                                     )
                    Defendants.        )
22  ─────────────────────────         )

23          These actions came before the Court on the parties' cross-motions for summary judgment.

24  After full consideration of all admissible evidence and documents submitted, the Court finds that

25  there is no triable issue of material fact in these cases with regard to the claims against

26  Defendants Michael Levitt, the United States Department of Health and Human Services, and the

27  United States Health Resources and Services Administration (collectively, "Defendants").

28          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1       That judgment be entered in favor of Plaintiff AIDS Healthcare Foundation on its claim

2  under the Freedom of Information Act as to the identities of application reviewers and applicants

3  who were denied funding; and that judgment be entered in favor of Defendants on all other claims.

4       IT IS SO ADJUDGED.

5  Dated this 28th day of January, 2008.           /S/

6

7                                  S. JAMES OTERO
                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28